# United States District Court
## *Southern District of Georgia*

BOBBY HERNDON,

               Petitioner,

                  **V.**

ALFONZO WILLIAMS, Sheriff,

               Respondent.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-025

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated April 16, 2019 adopting the Report and Recommendation as the Court's opinion, that Petitioner's petition filed pursuant to 28 USC § 2254 is dismissed without prejudice for failure to exhaust and Petitioner's motion to proceed in forma pauperis is denied as moot; furthermore, the Petitioner is denied a Certificate of Appealability in this case and is not entitled to appeal in forma pauperis. This case stands closed.

04/16/2019
_____
*Date*

Scott L. Poff
*Clerk*

/s/ Jamie Hodge
_____
*(By) Deputy Clerk*